IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MISS TIWAZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 24-876-GBW |
| | ) | |
| GENDER DYSPHORIA | ) | |
| CONSULTATION COMMITTEE, | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM ORDER**

Plaintiff Miss Tiwaz, currently in custody at Howard R. Young Correctional Institution (HRYCI) in Wilmington, Delaware, filed a complaint *pro se*. (D.I. 1.) Accordingly, the complaint is subject to this Court's *sua sponte* review and dismissal upon a determination that the pleading is frivolous or malicious, fails to state a claim, or seeks monetary relief from defendants who are immune from such relief. *See* 28 U.S.C. § 1915A(b). At this early stage of the case, this Court accepts the facts alleged in Plaintiff's *pro se* pleading as true, draws all reasonable inferences in Plaintiff's favor, and asks only whether the complaint, liberally construed, contains facts sufficient to state a plausible claim. *See Shorter v. United States*, 12 F.4th 366, 374 (3d Cir. 2021).

Plaintiff alleges federal civil rights violations, pursuant to 42 U.S.C. § 1983, by sixty Defendants in a typed and handwritten complaint that is approximately sixty pages in length. (D.I. 1.) Review of the complaint reveals almost no indication of when incidents alleged therein occurred. Many of the incidents alleged are not related, and the vast majority, if not all, have already been addressed by this Court in other civil actions initiated by Plaintiff. As such, the Court finds that the complaint fails to state a claim on which relief may be granted, warranting dismissal, pursuant to 28 U.S.C. § 1915A(b)(1).

In an abundance of caution, Plaintiff will be granted leave to file an amended complaint to cure the deficiencies discussed above. An amended complaint must include a short statement of facts, which sets out dates of occurrence, names the specific individuals who caused Plaintiff harm, and describes specifically how they caused Plaintiff harm. *See* FED. R. CIV. P. 8(a) ("A pleading that states a claim for relief must contain: . . . (2) a short and plain statement of the claim showing that the pleader is entitled to relief"). An amended complaint may only raise related claims that have not been raised in other civil actions initiated by Plaintiff. Filing an amended complaint that fails to state a claim and comply with this Order may result in dismissal with prejudice. Alternatively, filing no amended complaint will result in case closure.

Based on the foregoing, it is HEREBY ORDERED:

1. The complaint (D.I. 1) is **DISMISSED** without prejudice, for failure to state a claim, pursuant to 28 U.S.C. § 1915A(b)(1).

2. Plaintiff is **GRANTED** leave to file an amended complaint, in accordance with this Order, **on or before September 1, 2025**.

_____
The Honorable Gregory B. Williams
United States District Judge

Date: August 1, 2025